UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                             Case No. 11 B 41868

    Gregory Boothe

    Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2011.

2) The plan was confirmed on 02/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 04/09/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,663.88 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $19,663.88

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,510.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $871.93 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,381.93

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 118.40 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 814.86 | 414.86 | 414.86 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 353.85 | NA | NA | 0.00 | 0.00 |
| Associated Pathology Consultants | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 289.32 | NA | NA | 0.00 | 0.00 |
| Budzik & Dynia LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 2,000.00 | 992.00 | 992.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 196.40 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 310.27 | NA | NA | 0.00 | 0.00 |
| Credit Management Service | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | NA | 1,744.86 | 1,744.86 | 0.00 | 0.00 |
| Elmhurst Memorial Hospital | Unsecured | 753.26 | NA | NA | 0.00 | 0.00 |
| Elmhurst Radiologists | Unsecured | 31.70 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 446.21 | NA | NA | 0.00 | 0.00 |
| First National Bank Of Marin | Unsecured | 433.49 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 467.69 | NA | NA | 0.00 | 0.00 |
| Goodwin Bryan & Schill | Unsecured | 137.72 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 2,359.55 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 15,361.00 | 25,441.86 | 25,441.86 | 8,893.68 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 544.97 | 450.27 | 450.27 | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 62.40 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 31,357.35 | 25,345.13 | 25,345.13 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 31,357.35 | 6,012.22 | 6,012.22 | 2,101.68 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 793.00 | 793.24 | 793.24 | 0.00 | 0.00 |
| Maywood Fire Department | Unsecured | 310.94 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 755.78 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Medical Business Bureau Inc | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Merchant Cr | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Metro Paramedic Services Inc | Unsecured | 1,428.49 | NA | NA | 0.00 | 0.00 |
| Midwest Digestive | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Midwest Heart Center, Ltd. | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Midwest Urology | Unsecured | 150.44 | NA | NA | 0.00 | 0.00 |
| Miller Law Group | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 25.28 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 432.86 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,272.00 | 1,362.24 | 1,362.24 | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 495.94 | NA | NA | 0.00 | 0.00 |
| Park Dansan | Unsecured | 226.99 | NA | NA | 0.00 | 0.00 |
| Pelleterri | Unsecured | 9,369.55 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 283.00 | 299.12 | 299.12 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 433.00 | 432.86 | 432.86 | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 16,323.46 | 16,323.46 | 16,323.46 | 3,839.78 | 446.81 |
| Prestige Financial Services | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 107.26 | 107.26 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 107.26 | 107.26 | 0.00 | 0.00 |
| Salute Visa | Unsecured | 793.24 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 219.63 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 420.28 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 155.15 | NA | NA | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Westlake Hospital | Unsecured | 1,304.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $16,323.46 | $3,839.78 | $446.81 |
| **TOTAL SECURED:** | **$16,323.46** | **$3,839.78** | **$446.81** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $31,454.08 | $10,995.36 | $0.00 |
| **TOTAL PRIORITY:** | **$31,454.08** | **$10,995.36** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,049.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,381.93 |
| Disbursements to Creditors | $15,281.95 |
| **TOTAL DISBURSEMENTS :** | **$19,663.88** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/27/2013         By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**